586

■ In the Matter of Reginald Lush, Appellant, against Commissioner of Education of the State of New York, Respondent.— Motion for reargument, or in the alternative, for permission to appeal to the Court of Appeals denied, without costs. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■ The People of the State of New York, Respondent, v. John Joseph Mulligan, Appellant.— Application by Peter A. Brevett, Esq., to be relieved of his assignment as counsel for appellant granted. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■ In the Matter of the Claim of George Srubar, Appellant. Martin P. Catherwood, as Industrial Commissioner, Respondent.— Motion to dismiss appeal granted, without costs, unless appellant perfects appeal, files note of issue, and files and serves record and brief on or before February 23, 1960 and is ready for argument at the March Term of this court, in which event the motion is denied. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■ In the Matter of the Claim of Charles Mohr, Respondent, against Julius D. Braasch, Inc., et al., Appellants, and Julius D. Braasch, Inc., et al., Respondents. Workmen's Compensation Board, Respondent.— Motion for reargument, or in the alternative, for permission to appeal to the Court of Appeals denied, without costs. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■ Glens Falls Insurance Company, Appellant, v. Glenn Wood, Respondent.— Motion for permission to appeal to the Court of Appeals granted, with $10 costs, and the following question is certified: " Was the order of Special Term denying plaintiff's motion for summary judgment correct? " Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■ The People of the State of New York ex rel. Theophilus Ward, Appellant, against Wladyslaw Sulek, as Senior Psychiatrist of Dannemora State Hospital, et al., Respondents.— Motion for leave to prosecute appeal as a poor person. Motion denied. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■ The People of the State of New York, Respondent, v. Willard Jackson, Appellant.— Motion for permission to prosecute appeal as a poor person and for the assignment of counsel denied, upon the grounds that the moving papers do not disclose meritorious grounds for appeal. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.